IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER JAMES,

    Petitioner,           No. CIV S-04-1574 FCD PAN P

  vs.

J. SOLIS, Warden,

    Respondent.       ORDER

_____/

        Petitioner has requested an extension of time to file and serve a traverse. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's July 13, 2006 request for an extension of time is granted; and

        2. Petitioner is granted thirty days from the date of this order in which to file and serve a traverse.

DATED: July 26, 2006.

                                 UNITED STATES MAGISTRATE JUDGE

/mp
jame1574.111